**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   07-58387 |
| MARILYN RICE | |
| 311 PARKWOOD AVE | Judge:   John E. Hoffman Jr. |
| COLUMBUS, OH  43203 | |

SSN(S):    XXX-XX-4948

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:  November 29, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| MARILYN RICE | 100.00 |
| 311 PARKWOOD AVE | |
| COLUMBUS, OH  43203 | |